01

02

03

04

05

06           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 | UNITED STATES OF AMERICA,           )
                                         )  CASE NO. MJ 10-535
09 |     Plaintiff,                      )
                                         )
10 |     v.                              )
                                         )  DETENTION ORDER
11 | RODNEY SHIMANEK,                    )
                                         )
12 |     Defendant.                      )
   |_____)

13

14 Offense charged:     Felon in Possession of a Firearm

15 Date of Detention Hearing:    December 23, 2010

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20         FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      (1)   Defendant, having previously been convicted of the felonies of Assault in the

22 Second Degree, Unlawful Possession of a Firearm in the Second Degree, and Possession of a

DETENTION ORDER                                                                           PAGE 1

Controlled Substance (Cocaine), is charged with possessing eight firearms, six of which were in a safe, two of which were located in the living areas of the home. One of the guns was magnetically secured to the underside of a table in the home. The Complaint alleges that defendant fired a firearm outside into the air in his apartment complex in the presence of a number of neighbors, followed by the defendant getting another firearm and shooting it toward the ground. The Complaint alleges that this firearm had a "silencer" attached to the barrel.

(2) Defendant reportedly is a frequent consumer of oxycontin, methadone, and other pain medication, which he takes for back pain. He also allegedly uses heroin when he runs out of medication. He has several mental health issues.

(3) Defendant poses a risk of nonappearance due to controlled substance use, mental health conditions, a history of failures to appear and violations of supervision (although some years in the past), and association with two alias dates of birth. He poses a risk of danger due to criminal history and the nature and circumstances of the instant offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of December, 2010.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge